# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 23-00141-CG-MU |
| CESAR AUGUSTO HURTADO RIASCOS | : |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on January 23, 2024 (Doc. 99) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts One of the Indictment, Title 21 U.S.C. § 841(a)(1), Possess with Intent to Distribute Heroin, a Schedule I Controlled Substance, is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **June 5, 2024, at 10:00 a.m., Courtroom 3B,** United States Courthouse, Mobile, Alabama**.**

**DONE and ORDERED** this the 9th day of January, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE